BAC Home Loans Servicing, LP, Formerly Known as Countrywide Home Loans Servicing LP, Respondent, v Barbara Bixby, Appellant, et al., Defendants.

Submitted March 7, 2016; decided May 3, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.